Commonwealth *v.* Dodson, Appellant.

Submitted November 17, 1975. *Donald E. Speice,* Assistant Public Defender, for appellant; *Amos C. Davis,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.